**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Phillip Fifer | No.   10-26234 |
| Debtor | Hon.  Jack B. Schmetterer |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 24, 2014, I filed the attached <u>Statement in Response to Notice of Final Cure Payment</u>, a copy of which is hereby served upon you.

_____/s/ John C. Crees_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Statement in Response to Notice of Final Cure Payment</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Brian P. Deshur and Tom Vaughn on March 24, 2014.

_____/s/ John C. Crees_____

John C. Crees - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Phillip Fifer
5101 St. Charles Road
Berkeley, IL 60163

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Brian P. Deshur
Deshur Law Firm LLC
55 West Monroe St., Suite 3950
Chicago, IL 60603
brian@deshurlaw.com